IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID CORSARO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:21-CV-01748-N |
| | § | |
| COLUMBIA HOSPITAL AT | § | |
| MEDICAL CITY DALLAS | § | |
| SUBSIDIARY LP, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

By separate Memorandum Opinion and Order of this same date, the Court granted Defendants Columbia Hospital at Medical City Dallas Subsidiary, L.P. ("MCD") and HCA Holdings, Inc.'s ("HCA") motion to dismiss and compel arbitration. "If all of the issues raised before the district court are arbitrable, dismissal of the case is not inappropriate." *Fedmet Corp. v. M/V Buyalyk*, 194 F.3d 674, 678 (5th Cir. 1999). Because all Plaintiff David Corsaro's claims against MCD and HCA are subject to arbitration, the Court exercises its discretion to dismiss those claims without prejudice.

Signed December 29, 2021.

_____
David C. Godbey
United States District Judge

FINAL JUDGMENT – SOLO PAGE